**Electronically Filed
Supreme Court
SCPW-25-0000654
11-MAR-2026
09:19 AM
Dkt. 11 ODMR**

SCPW-25-0000654

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CARL ROGER PIʻIALIʻI MINNS, JR.,
Petitioner,

vs.

THE HONORABLE JOHN A. MONTALBANO,
Judge of the Family Court of the First Circuit,
State of Hawaiʻi, Respondent Judge.

_____

ORIGINAL PROCEEDING
(CASE NO. 1FPA-24-0000024)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Morikone, assigned by reason of vacancy)

Upon consideration of Petitioner's "Response to Denying Writ of Mandamus by the Hawaiʻi State Supreme Court" (Motion), filed on March 3, 2026, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawaiʻi Rules of Appellate Procedure Rule 40(b) (eff. 2000).

It is ordered that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, March 11, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kevin T. Morikone

2